UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY LOCATELLI JACKSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C24-0985-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

The Commissioner filed an Unopposed Motion for Extension of Time, Dkt. 20, to respond to a pending motion for reconsideration, Dkt. 17.  The Commissioner also promptly filed a brief response.  Dkt. 21.  The Court now GRANTS the unopposed motion, Dkt. 20, but finds a longer extension appropriate in order to allow for a more substantive response.  The Commissioner may submit such a response on or before **June 20, 2025**.  Plaintiff may file a reply on or before **June 27, 2025**, and the Motion for Reconsideration, Dkt. 17, is RENOTED for consideration on that same date.

DATED this 13th day of June, 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By: Stefanie Prather
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1